UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**RACHEL E. CAMPBELL,**
        **Plaintiff,**

    v.                                        Case No. 12-CV-01298

**CIVIL SERVICE COMMISSION OF
MILWAUKEE COUNTY,**
        **Defendant.**

---

## DECISION AND ORDER

On December 27, 2012, defendant filed a motion to dismiss for failure to state a claim, and on February 1, 2013, Magistrate Judge William Callahan warned plaintiff that the motion would be granted if she failed to file a brief in opposition to defendant's motion by February 15, 2013. Since plaintiff has still not responded to the motion, I will grant it as unopposed. *See* Civil L.R. 7(d) (E.D. Wis.) ("Failure to file a memorandum in opposition to a motion is sufficient cause for the Court to grant the motion.").

**THEREFORE, IT IS ORDERED** that defendant's motion to dismiss (Docket #2) is **GRANTED**. The clerk shall enter final judgment dismissing this case.

Dated at Milwaukee, Wisconsin, this 27th day of February 2013.

                                                       s/ Lynn Adelman
                                                       _____
                                                        LYNN ADELMAN
                                                        District Judge